RECEIVED
IN ALEXANDRIA, LA.
JUL 10 2009
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVON ARCHIE | CIVIL ACTION NO. 08-1381 |
| VERSUS | |
| JAMES LEBLANC, et al. | DISTRICT JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Book's motion to dismiss (Doc. Item 28) is GRANTED and all of Archie's claims against Book are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 10th day of July, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE