RECEIVED
IN ALEXANDRIA, LA.

JUL 1 0 2009

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| STEVON ARCHIE | CIVIL ACTION NO. 1:08-cv-01381 |
|---|---|
| -vs- | JUDGE DRELL |
| JAMES LeBLANC, et al. | MAGISTRATE JUDGE KIRK |

## RULING

The required de novo review of this case reflects clearly that the suit, filed in state court, is principally based upon the Constitution of the United States, and the claims are primarily in the nature of a civil rights suit. Individuals (and not the State of Louisiana, as suggested in the objections) are the named defendants. Plaintiff had two opportunities to give his deposition, the second time under a direct order from the Court to do so. The Amended Report and Recommendation and the proposed dismissal sanction is appropriate, correct, and will be approved by separate judgment.

SIGNED on this 10 day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE