RECEIVED
SEP 0 2 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVON ARCHIE,<br>Plaintiff | CIVIL ACTION NO. 08-cv-1381<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES LEBLANC, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the removal of Archie's case to federal court (Doc. 3) is upheld. His motion to remand (Doc. 57) is therefore DENIED.

IT IS FURTHER ORDERED that LeBlanc's motion to dismiss IS GRANTED and Archie's action against LeBlanc in both his official and personal capacities is DENIED AND DISMISSED WITH PREJUDICE (Doc. 45).

IT IS ALSO ORDERED that Archie's motion to add the State of Louisiana as a defendant is DENIED (Doc. 54).

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 2ND day of SEPTEMBER, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE